FENNEMORE CRAIG, P.C.
Ray K. Harris (No. 007408)
3003 North Central Avenue
Suite 2600
Phoenix, AZ  85012-2913
Telephone:  (602) 916-5000
Email:  rharris@fclaw.com

Attorneys for Plaintiff
Stinger Systems, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stinger Systems, Inc., a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> Taser International, Inc., a Delaware corporation, <br><br> Defendant. | No. CV08-00747-PHX-FJM <br><br> **NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Stinger Systems, Inc. voluntarily dismisses this action. The opposing party has not served an answer or motion for summary judgment. Plaintiff has not previously dismissed any federal or state court action based on or including the same claim.

DATED this 17th day of October, 2008.

FENNEMORE CRAIG, P.C.


By *s/Ray K. Harris*
    Ray K. Harris
    Attorneys for Plaintiff
    Stinger Systems, Inc.